654

*Clewe* for respondents.

No. 459. GUMBEL *v.* NEW ORLEANS TERMINAL Co. December 12, 1938. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Mr. Purnell M. Milner* for petitioner. No appearance for respondent.

No. 461. CHEMICAL FOUNDATION, INC. *v.* GENERAL ANILINE WORKS, INC. December 12, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Seward Davis* and *Drury W. Cooper* for petitioner. *Mr. Thomas G. Haight* for respondent.

No. 468. SIEGEL *v.* MISSOURI-KANSAS-TEXAS R. Co. December 12, 1938. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Douglas H. Jones* and *N. Murray Edwards* for petitioner. *Messrs. Charles S. Burg* and *Everett Paul Griffin* for respondent.

No. 506. GENTLE, ADMINISTRATOR, *v.* WESTERN & ATLANTIC RAILROAD. December 19, 1938. Petition for writ of certiorari to the Court of Appeals of Georgia denied for the want of a final judgment and motion for leave to proceed further herein *in forma pauperis* also denied. *Messrs. John H. Gentle, B. P. Gambrell,* and *Reuben R. Arnold* for petitioner. *Messrs. Walton Whitwell* and *Wm. H. Swiggart* for respondent.